UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 

ESTATE OF JACQUELINE NELSON, et al.,

                Plaintiffs,

     -v-

HERMAN MILLER, INC., et al.,

                Defendants.

------------------------------------------------------------------X

21-CV-7811 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

     As stated during the teleconference held earlier today:

- On consent of all parties, this case is STAYED pending resolution of a related case in Illinois state court. In light of that, the conference scheduled for December 7, 2021, is ADJOURNED *sine die*.

- Defendants' motions are DENIED without prejudice to renewal. For avoidance of doubt, no substantive ruling has been made on the motions and all parties reserve whatever substantive rights they have as of today.

- The parties are directed to submit a joint letter addressing the status of the Illinois case and proposing a schedule for the filing of an amended complaint and any subsequent motions by **February 17, 2021**.

The Clerk of Court is directed to terminate ECF Nos. 32, 38, and 46.

    SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge