UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ESTATE OF JACQUELINE NELSON et al.,                    :
:
                     Plaintiffs,                  :      21-CV-7811 (JMF)
:
       -v-                                                  :      ORDER
:
MILLERKNOLL, INC., f/k/a HERMAN MILLER, INC.,          :
:
                     Defendant.                   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss or transfer, *see* Docket No. 65, Defendant's earlier motion to dismiss filed at Docket No. 58 and Defendant's earlier motion to transfer at Docket No. 61 are hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 17, 2022**. Defendant's reply, if any, is due by **October 24, 2022**.

       The Clerk of Court is directed to terminate Docket Nos. 58 and 61.

       SO ORDERED.

Dated: October 5, 2022
       New York, New York
                                                         JESSE M. FURMAN
                                             United States District Judge