UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICE NELSON, as Personal Representative
of the Estate of Jacqueline Nelson, and
GEORGES MICO NELSON,

        Plaintiffs,

                                          Case No. 1:23-cv-464

v.

                                          HON. ROBERT J. JONKER

MILLERKNOLL, INC.,

        Defendant.

_____ /

## JUDGMENT

        In accordance with the Opinion and Order granting Defendant's Motion for Summary Judgment entered this day, Judgment is entered in favor of Defendant and against Plaintiffs.


Dated:  September 29, 2025         /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE