**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ESTATE OF JACQUELINE NELSON, PATRICE NELSON, as Personal Representative of the Estate of Jacqueline Nelson, and GEORGES MICO NELSON | |
| Plaintiff, | Civil Action No. 1:23-CV-464 |
| v. | Hon. Robert J. Jonker |
| MILLERKNOLL, INC., formerly known as HERMAN MILLER, INC., | Mag. Judge Sally J. Berens |
| Defendant. | |

## DEFENDANT'S PETITION FOR ATTORNEY FEES

Defendant MillerKnoll, Inc. ("Defendant" or "MillerKnoll"), by and through its attorneys, submits this Petition for Attorney Fees pursuant to 15 U.S.C. § 1117(a) and Federal Rule of Civil Procedure 54(d)(2). For the reasons stated in the accompanying Brief in Support, under Section 1117(a) of the Lanham Act, 15 U.S.C. § 1117(a), and the Supreme Court's definition of an "extraordinary case," MillerKnoll is entitled to recover the attorney fees it incurred to defend Plaintiffs' trademark claims.

WHEREFORE, MillerKnoll respectfully requests that this Honorable Court grant its Petition for Attorney Fees and enter an order permitting MillerKnoll to recover the attorney fees it incurred to defend Plaintiffs' trademark claims.

Dated: October 13, 2025                    Respectfully submitted,

                                           */s/ Mark L. Durbin*
                                           Mark L. Durbin
                                           Megan K. Krivoshey
                                           Barnes & Thornburg LLP
                                           One North Wacker Drive, Suite 4400
                                           Chicago, IL  60606
                                           Telephone: (312) 357-1313
                                           mkrivoshey@btlaw.com
                                           mdurbin@btlaw.com

                                           Anthony C. Sallah
                                           171 Monroe Avenue NW, Suite 1000
                                           Grand Rapids, MI 49503
                                           Tel: (616) 742-3976
                                           asallah@btlaw.com

                                           Charles P. Edwards
                                           11 South Meridian Street
                                           Indianapolis, IN 46204
                                           Tel: (317) 231-7438
                                           cedwards@btlaw.com

                                           *Attorneys for Defendant MillerKnoll, Inc., f/k/a Herman Miller, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, I electronically filed the foregoing document with the Clerk of Court using the ECF system which provides notice to all attorneys of record.

/s/ *Mark L. Durbin*
Mark L. Durbin